```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

OBER CANALES,                    :
                                 :      Civil Action No. 06-4158 (RMB)
          Plaintiff,             :
                                 :
     v.                          :      **ORDER**
                                 :
ROBERT MORAN, et al.,            :
                                 :
          Defendants.            :

 

For the reasons expressed in the Court's Opinion filed herewith,

It is on this <u>20th</u> day of <u>September</u>, 2006,

ORDERED that, pursuant to 28 U.S.C. § 1915(a) and (b), the application by plaintiff, Ober Canales, to proceed <u>in forma pauperis</u> is hereby granted; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b), the Clerk shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the Warden at Atlantic County Jail; and it is further

ORDERED that plaintiff is assessed a filing fee of $350.00 which shall be deducted from plaintiff's prison account pursuant to 28 U.S.C. § 1915(b)(2) in the manner set forth below, regardless of the outcome of the litigation; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), until the $350.00 fee is paid, each month that the amount in plaintiff's prison account exceeds $10.00, the agency having custody of plaintiff shall assess, deduct from his account, and forward to the Clerk payments equal to 20% of the preceding month's income credited to plaintiff's prison account, with each payment referencing the civil docket number of this action; and it is further

ORDERED that the Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted at this time.

s/Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge